UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **02-80199**

**CIV - HURLEY**

UNITED STATES OF AMERICA

Plaintiff,

**FRANK J. LYNCH, JR.**
**UNITED STATES MAGISTRATE JUDGE**

vs.

ONE PARCEL OF REAL ESTATE
LOCATED AT 16659 118TH
TERRACE NORTH, JUPITER, PALM
BEACH COUNTY, INCLUDING THE
APPURTENANCES THERETO AND
THE IMPROVEMENTS THEREON,

Defendant.
_____/



## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, files this civil action for forfeiture *in rem* of the defendant and alleges as follows:

1.  This is a civil action for forfeiture *in rem* of one parcel of real estate located in the Southern District of Florida in Palm Beach County. Jurisdiction is vested in this Court pursuant to Title 28, United States Code, Sections 1345, 1355, and 2461.

2.  The Court has venue pursuant to Title 28, United States Code, Section 1395, in that the defendant property is located within the Southern District of Florida. During the pendency of

1



these proceedings, the defendant property will remain within the Southern District of Florida and the jurisdiction of this Court.

3. The defendant property has not been seized, as provided for in 18 U.S.C. §985 (b)(1)(A), but is located within this district and within the jurisdiction of the Court. The property will be posted with a notice of the complaint in accordance with 18 U.S.C. §§ 985 (c)(1),(c)(3).

4. The defendant real property located at 16659 118th Terrace North, Jupiter, Palm Beach County, Florida, includes all buildings, improvements, fixtures, attachments, and easements found therein or thereon, and is more particularly described as:

> A parcel of land in Section 11, Township 41 South, Range 41 East, Palm Beach County, Florida, being more particularly described as follows: The East Half of the South Half of the Northwest Quarter of the Southwest Quarter of the Northwest Quarter of said Section 11. (Also known as Parcel A-58).
> LESS THE FOLLOWING DESCRIBED PARCEL OF LAND: The East Six One-Hundreths (.06) of a foot of the following described parcel of land: A Parcel of land in Section 11, Township 41 South, Range 41 East, Palm Beach County, Florida: The East Half of the South Half of the Northwest Quarter of the Southwest Quarter of the Northwest Quarter of said Section 11.
> TOGETHER WITH A ROAD EASEMENT for ingress and egress over the East 30 feet of the Northeast 1/4 of the Southwest 1/4 of the Southwest 1/4 of the Northwest 1/4 of Section 11, Township 41 South, Range 41 East, Palm Beach County, Florida.
>
> Subject to Restrictions, Reservations and Easements of Record, if any.
>
> Folio Number 00-41-41-11-00-000-3210

5. The United States seeks forfeiture of the defendant real

property pursuant to Title 21, United States Code, Section 881(a)(7), on the grounds that the defendant real property was used or intended to be used to commit or facilitate the commission of a federal law violation punishable by more than one year's imprisonment, conspiracy to manufacture and possess with intent to distribute marijuana, in violation of 21 U.S.C. §§841(a)(1) and 846.

6. Beginning in August 2001, a confidential informant ("CI"), provided information to Agent Michael Bulgrin of the Drug Enforcement Administration concerning an organization that operated several marijuana grow houses in northern Palm Beach County. The CI identified a white male known as "Arnie" as being part of the marijuana grow organization and that he had a grow house located somewhere on 118th Terrace North in Jupiter Farms. Investigation showed that Arnold Baker owns the residence located at 16659 118th Terrace North, Jupiter, Florida, the defendant property.

7. On November 1, 2001, Task Force Officers Donald Voiret and Gerald Chaparro of the United States Customs Task Force went to the defendant property and conducted a trash pull. Three bags were removed from the trash cans that were placed at curbside for collection. One of the three bags contained two marijuana stems and correspondence addressed to Arlene Baker, 16659 118th Terrace North, Jupiter. The marijuana stems were field tested positive for THC, the active ingredient in marijuana.

8. On November 16, 2001, agents of the Drug Enforcement Administration executed a search warrant at the defendant property. Agents found approximately twenty (20) pounds of hydroponically grown marijuana packaged in large plastic bags in empty fan boxes in the detached garage of the residence. They also seized from the residence approximately $63,000 in United States currency located in the master bedroom and $8,000.00 in United States currency in the kitchen. Agents also seized magazines showing how to grow marijuana hydroponically and ledgers showing purchases of hydroponic grow equipment.

9. After his arrest on November 16, 2001, Arnold Baker acknowledged to Task Force Officer Voiret that he was selling marijuana for another individual for $3,200.00 a pound. He frequently sold marijuana to his brother-in-law and that these transactions were usually for approximately $30,000.00 of marijuana.

10. On or about November 29, 2001, an indictment was returned against Arnold Baker and others, in the case of United States v. Arnold Baker, et. al., 01-8158-CR-DIMITROULEAS, for violations of 21 U.S.C. §§846 and 841, covering a period from a time unknown through November 16, 2001. On February 8, 2002, Arnold Baker pled guilty to conspiracy to manufacture and possess with intent to distribute marijuana, in violation of 21 U.S.C. §§841(a)(1) and 846.

11. As part of the plea agreement, Arnold Baker agreed to forfeit the defendant property to the United States. On or about February 12, 2002, Arnold Baker signed a consent to forfeiture, forfeiting the defendant property to the United States as property used or intended to be used to commit or facilitate the commission of a federal law violation punishable by more than one year's imprisonment, conspiracy to manufacture and possess with intent to distribute marijuana, in violation of 21 U.S.C. §§841(a)(1) and 846.

12. On or about February 12, 2002, Arlene Baker, the wife of Arnold Baker, signed a consent to forfeiture, forfeiting her interest in the defendant property to the United States as property used or intended to be used to commit or facilitate the commission of a federal law violation punishable by more than one year's imprisonment, conspiracy to manufacture and possess with intent to distribute marijuana, in violation of 21 U.S.C. §§841(a)(1) and 846.

13. The defendant property is titled in the names of Arnold Baker and Arlene Baker.

14. Based on the foregoing, the defendant real property has become and is forfeit to the United States of America pursuant to the provisions of 21 U.S.C. §881(a)(7).

## CONCLUSION

By reason of the foregoing, and pursuant to the provisions of Title 21, United States Code, Section 881, the defendant real property as described herein has become and is forfeit to the United States of America.

**WHEREFORE**, plaintiff, United States of America, requests the Court to declare the defendant real property condemned and forfeit to the United States of America, pursuant to Title 21, United States Code, Section 881, and further requests the Court to direct any and all persons having any claim to the defendant real property to file and serve their verified claims and answers as required by Title 18, United States Code, Section 983(a)(4) and the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default thereof, together with such other and further relief as may be just.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*
ANTONIA J. BARNES
Assistant U.S. Attorney
500 Australian Avenue
Ste. 400
West Palm Beach, Fl.  33401
Tel: (561) 820-8711
Fax. (561) 665-9785
Fla. Bar No. 261777

## **VERIFICATION**

I, MICHAEL DESZTICH, Special Agent for the U.S. Customs Service, declare under penalty of perjury as provided by 28 U.S.C. §1746, that the foregoing Complaint for Forfeiture In Rem is based on information known to me, and the facts alleged therein are true and correct to the best of my knowledge.

_____
SPECIAL AGENT MICHAEL DESZTICH
UNITED STATES CUSTOMS SERVICE

DATE: _March 5, 2002_

# CIVIL COVER SHEET  02-80199

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**  **CIV - HURLEY**
One Parcel of Real Estate Located at 16659 118th Terrace North, Jupiter, Palm Beach County, Including the Appurtenances Thereto and the Improvements Thereon

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)
02-80199-CV-HURLEY/LYNCH

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Palm Beach County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**FRANK J. LYNCH, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
AUSA Antonia J. Barnes
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711

ATTORNEYS (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE, MONROE, BROWARD, (PALM BEACH), MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | [X] 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | B☐ 640 R.R & Truck | A PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
21 USC, Section 881(a)(7) - Facilitation of Narcotics Violation

**LENGTH OF TRIAL**
via 3 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/6/02    SIGNATURE OF ATTORNEY OF RECORD  Antonia J. Barnes, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # WAIVED    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.